# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANGELA PEMBERTON                                                    PLAINTIFF

V.                          No. 4:20-CV-1212-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                      DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Angela Pemberton, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 5th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE