## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANGELA PEMBERTON                                        PLAINTIFF

V.                              No. 4:20-CV-1212-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                          DEFENDANT

## <u>ORDER</u>

Before the Court is Plaintiff Angela Pemberton's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 25; Doc. 26*. The Motion is unopposed. *Doc. 27*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,560.47** (which sum includes 1.15 attorney hours incurred in 2020 at an hourly rate of $206; 8.25 attorney hours incurred in 2021 at an hourly rate of $218; 15.05 paralegal hours at a rate of $100; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 25*) is GRANTED.

Plaintiff is awarded **$3,560.47** in fees and expenses under the EAJA.[1]


SO ORDERED, this 20th day of December, 2021.


_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.